# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| Kellen McIlwain, | Case No.: 2:10-cv-01682-NBF |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| Omni Credit Services, Inc., | |
| Defendant. | |

Plaintiffs, by and through counsel, give Notice that the parties in the above-captioned matter reached a settlement and have recently agreed to terms. Plaintiffs will file a dismissal with prejudice once the settlement agreement has been fully executed, which will likely occur within the next 30 days.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.

By: */s/ Jeffrey S. Hyslip*
    Jeffrey S. Hyslip
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    jsh@legalhelpers.com
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2011, my firm served Defendant with a copy of the foregoing notice via U.S. mail addressed as follows:

Omni Credit Services, Inc.
c/o Greg Straub
4710 Eisenhower Blvd Ste B3
Tampa, FL 33634

*/s/ Jeffrey S. Hyslip*